[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 31, 2006
THOMAS K. KAHN
CLERK

No. 06-12626
Non-Argument Calendar

_____

D. C. Docket No. 03-03973-CV-WSD-1

BETTIE J. LITTLE,
DIEDRE M. GOODWIN,

                                        Plaintiffs-Appellants,

versus

COBB COUNTY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(October 31, 2006)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of Cobb County is affirmed for the reasons set forth in the ORDER of the United States District Judge entered March 30, 2006, and so much of the Report and Recommendation of the United States Magistrate Judge as is adopted therein.

**AFFIRMED.**